

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530
202-514-1673

VIA CM/ECF

June 22, 2023

Mr. Christopher M. Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

       RE:   *Good v. U.S. Department of Education*, No. 22-3286

Dear Mr. Wolpert:

      We write to inform the Court that the Supreme Court has granted certiorari in *Department of Agric. Rural Dev. v. Kirtz*, No. 22-846 (U.S.). *See* Order List (June 20, 2023) (attached). As we explained in our brief, in that case the Third Circuit addressed the same question that is presented with respect to federal defendants in this appeal, i.e., whether the provisions of the Fair Credit Reporting Act (FCRA) imposing damages liability on a "person" waive the sovereign immunity of the United States to suits by private plaintiffs for money damages. Federal Defendants' Response Br. 9. There is a strong likelihood that the Supreme Court's decision in *Kirtz* will resolve the issue of FCRA immunity presented in this case.

                                                          Respectfully,

                                                          s/ *David L. Peters*
                                                          David L. Peters
                                                          Attorney

cc:    All counsel by ECF

(ORDER LIST: 599 U.S.)

TUESDAY, JUNE 20, 2023

CERTIORARI -- SUMMARY DISPOSITIONS

21-1431    KERR, DIR., SC DEPT. OF HEALTH V. PLANNED PARENTHOOD, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Health and Hospital Corporation of Marion Cty.* v. *Talevski*, 599 U. S. ___ (2023).

22-347    DIECE-LISA INDUS., INC. V. DISNEY STORE USA, LLC, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Jack Daniel's Properties, Inc.* v. *VIP Products LLC*, 599 U. S. ___ (2023).

22-534    EAGLESON, THERESA V. ST. ANTHONY HOSPITAL, ET AL.

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of *Health and Hospital Corporation of Marion Cty.* v. *Talevski*, 599 U. S. ___ (2023).

22-5460    CROFT, BRADLEY L. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further

consideration in light of *Dubin* v. *United States*, 599 U. S. ___ (2023).

22-6129  OVSEPIAN, ARTAK V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Dubin* v. *United States*, 599 U. S. ___ (2023).

## ORDERS IN PENDING CASES

22A978  BOYAJIAN, RONALD V. UNITED STATES

The application for stay addressed to Justice Kavanaugh and referred to the Court is denied.

22A1002 (22-7365)  RUSSOMANNO, GINA V. SUNOVION PHARMACEUTICALS, ET AL.

The application for stay addressed to Justice Alito and referred to the Court is denied.

22M113  KULICK, R. J. V. VANDERMEULEN, BEVERLY, ET AL.

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

22M114  SEALED APPELLANT V. CIR

The motion for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record is denied.

22-451  LOPER BRIGHT ENTERPRISES, ET AL. V. RAIMONDO, SEC. OF COMM., ET AL.

The motion of petitioners to dispense with printing the joint appendix is granted.  Justice Jackson took no part in the consideration or decision of this motion.

## CERTIORARI GRANTED

22-846      DEPT. OF AGRIC. RURAL DEV. V. KIRTZ, REGINALD

        The petition for a writ of certiorari is granted.

## CERTIORARI DENIED

22-598      BEDROSIAN, ARTHUR V. UNITED STATES, ET AL.

22-607      NAGY, WARDEN V. BAUGH, JIMMY

22-636      S. S. V. UNITED STATES, ET AL.

22-759      GRAMINS, MICHAEL V. UNITED STATES

22-815      SKAAR, VICTOR B. V. McDONOUGH, SEC. OF VA

22-816      SCHOOL OF THE OZARKS, INC. V. BIDEN, PRESIDENT OF U.S., ET AL.

22-827      HERRERA, CARLOS, ET AL. V. UNITED STATES

22-844      AKHAVAN, HAMID, ET AL. V. UNITED STATES

22-865      MOBILIZE THE MESSAGE, ET AL. V. BONTA, ATT'Y GEN. OF CA

22-874      )  MEISNER, ANDREW, ET AL. V. HALL, TAWANDA, ET AL.
            )
22-996      )  HALL, TAWANDA, ET AL. V. MEISNER, ANDREW, ET AL.

22-887      DIAZ-TOMAS, ROGELIO A. V. NORTH CAROLINA

22-890      QUAD GRAPHICS, INC. V. NC DEPT. OF REVENUE

22-994      WALL STREET APARTMENTS, ET AL. V. ALL STAR PROPERTY, ET AL.

22-997      LEWIS, ANDREW V. TEXAS

22-1001     NST GLOBAL, LLC V. SIG SAUER INC.

22-1003     RAMIREZ, MUCIO V. MARTIN, CHRISTOPHER

22-1004     GARRISON, KURT V. OTTAWA, KS, ET AL.

22-1010     HEGHMANN, ROBERT A., ET UX. V. HAFIANI, DJAMEL, ET AL.

22-1011     HOLT, TONY V. CHICAGO, IL, ET AL.

22-1044     GONZALEZ-VEGA, JOSE I. V. GARLAND, ATT'Y GEN.

22-1050     EPPLE, CEDRIC V. ALBANY UNIFIED SCH. DIST., ET AL.

22-1076     ONLINE MERCHANTS GUILD V. MADUROS, NICOLAS

22-1086     DREVALEVA, TATYANA E. V. DEPT. OF VA, ET AL.

| | |
|---|---|
| 22-1088 | MORRIS, JOHN T. V. TEXAS, ET AL. |
| 22-1098 | DEMAREST, DAVID P. V. UNDERHILL, VT, ET AL. |
| 22-1103 | BRONSON, EDWARD V. SEC |
| 22-1108 | HALEY, REUBEN V. URBAN OUTFITTERS, INC. |
| 22-6593 | HEISER, STEVEN C. V. DIXON, SEC., FL DOC, ET AL. |
| 22-6798 | PRIBLE, RONALD J. V. LUMPKIN, DIR., TX DCJ |
| 22-6998 | ARROYO-RAMON, DAVID V. UNITED STATES |
| 22-7016 | ONATE-HERRERA, GUADALUPE V. UNITED STATES |
| 22-7025 | GARCIA-ARCHAGA, KEVIN A. V. UNITED STATES |
| 22-7267 | KINDRED, LLOYD L. V. CISNEROS, WARDEN |
| 22-7268 | SLOANE, DEREK V. LANGLEY, ROBERT L., ET AL. |
| 22-7271 | HADEN, GREGG V. LUMPKIN, DIR., TX DCJ |
| 22-7274 | GALEAS, JORGE V. GIBSON, ADAM, ET AL. |
| 22-7281 | ROUSE, STEVEN R. V. NORTH CAROLINA |
| 22-7291 | MAPES, ERIC J., ET UX. V. CABLE ONE |
| 22-7297 | THOMPSON, LAWRENCE E. V. ALLRED UNIT |
| 22-7302 | SKELLCHOCK, DEREK V. VOLZ, ALORA-ANN |
| 22-7306 | THOMAS, KEITH V. BANK OF AMERICA, N.A., ET AL. |
| 22-7315 | BARREN, GREGORY D. V. NEVADA |
| 22-7321 | SCARBOROUGH, SCHUYLER V. OKLAHOMA |
| 22-7322 | CRAWFORD, TEVARIS V. BAILEY, WARDEN |
| 22-7328 | HAYNES, CARROLL W. V. LOUISIANA |
| 22-7331 | NAVARRO-MARTIN, MARIA V. DIXON, SEC., FL DOC, ET AL. |
| 22-7397 | KIM, DANIEL V. MASSACHUSETTS |
| 22-7400 | MORRISON, MAURICE V. MASSACHUSETTS |
| 22-7413 | FLEMMING, NATHAN G. V. TENNESSEE |
| 22-7419 | LLOYD, CRONIE V. OHIO |
| 22-7441 | SAVAGE, COLETTE C. V. SAVAGE, MARK |

| | |
|---|---|
| 22-7487 | CARTER, TRAVIS V. LOUISIANA |
| 22-7492 | O'NEAL, CEDRIC W. V. HUGHES, CRAIG |
| 22-7562 | TETAK, JOSEPH V. FORSHEY, WARDEN |
| 22-7595 | NAVARETTE, ARNOLDO V. HORTON, WARDEN, ET AL. |
| 22-7599 | BARNETTE, CURTIS M. V. UNITED STATES |
| 22-7605 | SEALED APPELLANT V. UNITED STATES |
| 22-7606 | WADE, YVETTE C. V. UNITED STATES |
| 22-7623 | MENDOZA, ARQUIMEDES V. MACOMBER, SEC., CA DOC |

The petitions for writs of certiorari are denied.

| | |
|---|---|
| 22-885 | SOUTH CAROLINA V. BREWER, ANGELA D. |

The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

| | |
|---|---|
| 22-7266 | SPENCE, LEVAR L. V. PENNSYLVANIA |
| 22-7280 | MARTINEZ, RICHARD R. V. GRISHAM, GOV. OF NM, ET AL. |

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8.

| | |
|---|---|
| 22-7415 | PENDLETON, RICKY V. AMES, DONALD |

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

### HABEAS CORPUS DENIED

22-7656    IN RE BRAD EDMONDS

    The petition for a writ of habeas corpus is denied.

### MANDAMUS DENIED

22-7299    IN RE HOWARD GRIFFITH

    The petition for a writ of mandamus is denied.

### REHEARINGS DENIED

22-769     WANG, WEIXING V. V. BRANDYWYNE COMMON CONDOMINIUM

22-5891    BURNS, KEVIN B. V. MAYS, WARDEN

22-6797    GALLUZZO, DOMINICK V. IRS

22-6915    McCORMICK, LEON H. V. McDONOUGH, SEC. OF VA

22-7112    LI, FUHAI V. UNITED STATES

22-7223    LEE, RAYMOND C. V. UNITED STATES

    The petitions for rehearing are denied.